Orders reversed, with costs in all courts, and motion granted, with ten dollars costs of the motion, on authority of *Dimmerling* v. *Andrews* (236 N. Y. 43). First question certified answered in the affirmative; other questions not answered.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

ARCHIBALD PALMER, as Trustee in Bankruptcy of CYPRESS KNITTING MILLS, INC., Respondent, *v.* PAUL SCHEFTEL, Appellant.

*Stocks and stockholders — corporations — action to recover unpaid portion of subscription to capital stock issued for services to be rendered corporation.*

*Palmer* v. *Scheftel,* 194 App. Div. 682, affirmed.
(Argued March 19, 1923; decided May 1, 1923.)

APPEAL from a judgment, entered June 10, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of defendant entered upon a verdict and directing judgment in favor of plaintiff. The action was to recover the unpaid portion of defendant's subscription to the capital stock of the Cypress Knitting Mills. The amount claimed to be due represented the par value of stock issued for services to be rendered to the corporation. The answer set up as separate defenses that defendant had returned to the corporation a part of the stock issued to him; that certain other shares were sold and the corporation paid therefor; and that the balance of his stock had, prior to the time of the bankruptcy, been turned over to a third party and that defendant was not the owner thereof at that time.

*I. Balch Louis* for appellant.

*Sidney J. Loeb* and *Harold R. Lhowe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and CARDOZO, J.